IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.  20-285M |
| ) | |
| AARON SUMMERS, ) | |
| ) | |
| Defendant.  ) | |

## MOTION AND ORDER TO UNSEAL FILE

The United States of America, by and through its undersigned attorney, moves that the file in the above case be unsealed.

DAVID C. WEISS
United States Attorney

By: /s/ Edmond Falgowski
Edmond Falgowski
Assistant United States Attorney

Dated:  April 14, 2021

**IT IS SO ORDERED** this  14th  day of April 2021.

_____
United States Magistrate Judge